
FILED

**NOT FOR PUBLICATION**

SEP 24 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARGALIT CORBER; RENE CARO; STEVE DANTZLER; LINDA SOWARDS; LORI HUISMAN; JOHNNY GEORGE, Sr.; TERRY PERRY; WILLIAM RACKLEY; ANGELA YOUNG; PAMELA RODRIGUEZ; STEVEN SYVERSON; OLGA CAICOYA; JANET CARROLL; ROSE CASH; ULAD CELENTANO; VIRGINIA COSTANZO; KIMBERLY FILLIGIM; ARMELDIA SMITH; CARLA WEST; JOANNE BIERZYNSKI, individually and as next of kin to Eleanor Wojcik; SHARLEY MORRIS; WYOMIA TIMMONS; DEAN REINKING; DANIEL THORNE; WENDELEN ASHBY; CARMEN BEDFORD; CLAUDE COMMODORE; JAMES HENSON; NANCY LOCKE; MILDRED SCOTT; BILLIE BURNETT; SHEENA HALL; BRENDA ROBERGE, individually and as next of kin to Ernest Roberge; DEBORAH WOODSUM; RICHARD PASCUITO, <br><br> Plaintiffs - Appellees, <br><br> v. | No. 13-56306 <br><br> D.C. No. 2:12-cv-09986-PSG-E <br><br> MEMORANDUM[*] |

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

| XANODYNE PHARMACEUTICALS, INC., |
|---|
| Defendant - Appellant. |

Appeal from the United States District Court
for the Central District of California
Philip S. Gutierrez, District Judge, Presiding

Argued and Submitted August 30, 2013
Pasadena, California

Before: GOULD and RAWLINSON, Circuit Judges, and LEMELLE, District Judge.[**]

We conclude that Plaintiff's petition for coordination was not a proposal to try the cases jointly. *See Judith Romo, et al. v. Teva Pharmaceutical USA, Inc.*, No. 13-80036 (9th Cir., Sept. 24, 2013). We AFFIRM the district court's order granting Plaintiffs' motion to remand.

---

[**] The Honorable Ivan L.R. Lemelle, District Judge for the U.S. District Court for the Eastern District of Louisiana, sitting by designation.

13-56306



***Corber v. Xanodyne Pharmaceuticals*, No. 13-56306**
**Gould, Circuit Judge, dissenting:**

I respectfully dissent for the same reasons expressed in the dissent to the

majority opinion in *Romo v. Teva Pharmaceuticals USA*, No. 13-56310.

1